IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01482-WYD-PAC

EDWARD B. WISE,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO;
STEVEN H. RESNICK, M.D.; and
John Does, One through Ten; and
Jane Does, One through Ten,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal without Prejudice as to Defendant Steven H. Resnick, M.D. (filed August 15, 2006). The Notice states that Plaintiff is dismissing this action without prejudice as to Defendant Resnick pursuant to FED. R. CIV. P. 41(a)(1). The Court, having reviewed the Notice and being fully advised in the premises,

ORDERS that Defendant Steven R. Resnick, M.D. is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated: August 15, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge