IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01482-WYD-PAC

EDWARD B. WISE,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO; and
John Does, One through Ten; and
Jane Does, One through Ten,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Stipulation of Dismissal with Prejudice filed October 13, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation of Dismissal with Prejudice is **ACCEPTED**.  In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay its own costs, attorney's fees and expenses.

Dated:  October 17, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge